

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2015

No. 04-15-00232-CR

David Diaz **DIAZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3519
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's brief was originally due June 19, 2015. On June 22, 2015, the Clerk of this Court notified appellant's attorney that appellant's brief was late. On July 2, 2015, appellant filed a motion for extension of time to file his brief. We granted the motion and ordered appellant to file his brief by August 3, 2015. On August 19, 2015, appellant filed a second motion for extension of time to file his brief. We granted the motion and ordered appellant to file his brief by September 18, 2015. We explained that no further motions for extension of time would be granted. Nevertheless, appellant filed a third motion for extension of time on September 29, 2015, requesting an extension to October 9, 2015. We GRANT this motion for extension of time and ORDER appellant to file his brief on or before October 9, 2015. However, if appellant's brief is not filed on or before October 9, 2015, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4). No motions for extensions of time will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2015.



_____
Keith E. Hottle
Clerk of